AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

07 DEC -4 PM 4:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as TRUSTEE OF SORENSEN
RESEARCH and DEVELOPMENT TRUST

V.

HELEN OF TROY TEXAS CORPORATION; OXO International
Ltd.; and DOES 1-100

**SUMMONS IN A CIVIL ACTION**

BY: _____ DEPUTY

CASE NUMBER:

'07CV 2278 IEG (LSP)

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                12/04/07

CLERK                                                  DATE

J. _____

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com