1  J. MICHAEL KALER, SBN 158296
2  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
4  Telephone (858) 362-3151

5  MELODY A. KRAMER, SBN 169984
6  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
7  San Diego, California 92121
8  Telephone (858) 362-3150

9
   Attorneys for Plaintiff JENS ERIK SORENSEN,
10 as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
11

12

13              UNITED STATES DISTRICT COURT
14         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16 JENS ERIK SORENSEN, as Trustee of   ) Case No. 07 cv 2278
17 SORENSEN RESEARCH AND               )
   DEVELOPMENT TRUST,                  ) **PROOF OF SERVICE OF**
18                                     ) **SUMMONS AND COMPLAINT**
19              Plaintiff              )
        v.                             )
20                                     )
21 HELEN OF TROY TEXAS                 )
   CORPORATION; OXO                    )
22 INTERNATIONAL LTD.;                 )
23 and DOES 1 – 100,                   )
                                       )
24              Defendants.            )
                                       )
25

26
27 //

28

1  I, Melody A. Kramer, declare:

2  I am and was at the time of this service working within the County of San
3  Diego, California. I am over the age of 18 years and not a party to the within action.

4  My business address is Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite
5  1600, San Diego, CA 92121. I am a member of the State Bar of California.

6  On December  10 , 2007 I served the following documents:

**Summons**
**Complaint**
**Civil Cover Sheet**
**Notice of Related Cases**

on the parties to this action as follows:

Helen of Troy Texas Corporation
C/o registered agent of service
Gerald J. Rubin
One Helen of Troy Plaza
El Paso, TX 79912

OXO International Ltd.
C/o registered agent of service
Gerald J. Rubin
One Helen of Troy Plaza
El Paso, TX 79912

By U.S. Mail – Certified Mail, Return Receipt Requested. I deposited or caused to be deposited with the U.S. Postal Service is a sealed envelope containing a true copy of the foregoing documents with postage fully prepaid addressed to the above-noted addressee as per the requirements of *California Code of Civil Procedure* §415.40 and *Federal Rules of Civil Procedure*, Rule 4.

I declare that the foregoing is true and correct, and this declaration was executed on this  11  day of December 2007, in San Diego, California.

Case No. 07cv2278

2.

1
2
3  DATED: December 11, 2007.
4                                    JENS ERIK SORENSEN, as Trustee of
5                                    SORENSEN RESEARCH AND DEVELOPMENT
                                     TRUST, Plaintiff
6
7                                    _____
                                     Melody A. Kramer, Esq.
8                                    J. Michael Kaler, Esq.
                                     Attorneys for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.

Case No. 07cv2278