1  CHRISTOPHER C. LARKIN (State Bar No. 119950)
       *(e-mail: clarkin@seyfarth.com)*
2  ERIK B. VON ZEIPEL (State Bar No. 223956)
       *(e-mail: evonzeipel@seyfarth.com)*
3  **SEYFARTH SHAW LLP**
   2029 Century Park East, Suite 3300
4  Los Angeles, California 90067-3063
   Telephone:  (310) 277-7200
5  Facsimile:  (310) 201-5219

6  Attorneys for Defendants
   HELEN OF TROY and
7  OXO INTERNATIONAL LTD.

8                UNITED STATES DISTRICT COURT

9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  JENS ERIK SORENSEN                )   Case No. 3:07-cv-02278-BTM CAB
        as Trustee of Sorensen Research and )
12      Development Trust              )   **NOTICE OF PARTY WITH FINANCIAL
                                       )   INTEREST (LOCAL CIVIL RULE 40.2)**
13              Plaintiff,             )
                                       )   THE HONORABLE BARRY TED MOSKOWITZ
14         vs.                         )   UNITED STATES DISTRICT JUDGE
                                       )   (Courtroom 15)
15  HELEN OF TROY and                  )
    OXO INTERNATIONAL LTD.             )
16                                     )
              Defendants.              )
17                                     )

Case No. 3:07-cv-02278-BTM-CAB

## NOTICE OF PARTY WITH FINANCIAL INTEREST

To enable the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Defendants Helen of Troy Limited and OXO International Ltd. hereby represents and certifies that the following named persons or entities (other than those named as parties to this action) may have a direct, pecuniary interest in the outcome of this case:

Helen of Troy Limited (a Bermuda company)

Helen of Troy Nevada Corporation

HOT Nevada, Inc.

Dated: January 7, 2008

Respectfully submitted,

**SEYFARTH SHAW LLP**
CHRISTOPHER C. LARKIN
ERIK B. VON ZEIPEL


s/Erik B. von Zeipel
Attorney for Defendants HELEN OF TROY and OXO INTERNATIONAL LTD.
E-mail: evonzeipel@seyfarth.com

1

Case No. 3:07-cv-02278-BTM-CAB