1 | CHRISTOPHER C. LARKIN (State Bar No. 119950)
    *(e-mail: clarkin@seyfarth.com)*
2 | ERIK B. VON ZEIPEL (State Bar No. 223956)
    *(e-mail: evonzeipel@seyfarth.com)*
3 | **SEYFARTH SHAW LLP**
    2029 Century Park East, Suite 3300
4 | Los Angeles, California 90067-3063
    Telephone:  (310) 277-7200
5 | Facsimile:  (310) 201-5219

6 | Attorneys for Defendants
    HELEN OF TROY and
7 | OXO INTERNATIONAL LTD.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN<br>  as Trustee of Sorensen Research and<br>  Development Trust<br><br>Plaintiff,<br><br>vs.<br><br>HELEN OF TROY and<br>OXO INTERNATIONAL LTD.<br><br>Defendants. | Case No. 3:07-cv-02278-BTM CAB<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST (LOCAL CIVIL RULE 40.2)**<br><br>THE HONORABLE BARRY TED MOSKOWITZ<br>UNITED STATES DISTRICT JUDGE<br>(Courtroom 15) |

Case No. 3:07-cv-02278-BTM-CAB

## NOTICE OF PARTY WITH FINANCIAL INTEREST

To enable the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Defendants Helen of Troy Limited and OXO International Ltd. hereby represents and certifies that the following named persons or entities (other than those named as parties to this action) may have a direct, pecuniary interest in the outcome of this case:

Helen of Troy Limited (a Bermuda company)

Helen of Troy Nevada Corporation

HOT Nevada, Inc.

Dated: January 7, 2008        Respectfully submitted,

**SEYFARTH SHAW** LLP
CHRISTOPHER C. LARKIN
ERIK B. VON ZEIPEL

s/Erik B. von Zeipel
Attorney for Defendants HELEN OF TROY and OXO INTERNATIONAL LTD.
E-mail: evonzeipel@seyfarth.com

1

Case No. 3:07-cv-02278-BTM-CAB