CHRISTOPHER C. LARKIN (State Bar No. 119950)
    (e-mail: clarkin@seyfarth.com)
ERIK B. VON ZEIPEL (State Bar No. 223956)
    (e-mail: evonzeipel@seyfarth.com)
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendants
HELEN OF TROY and
OXO INTERNATIONAL LTD.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN<br>    as Trustee of Sorensen Research and<br>    Development Trust<br><br>                Plaintiff,<br><br>        vs.<br><br>HELEN OF TROY and<br>OXO INTERNATIONAL LTD.<br><br>                Defendants. | Case No. 3:07-cv-02278-BTM-CAB<br><br>**DEFENDANTS' DISCLOSURE STATEMENT**<br><br>THE HONORABLE BARRY TED MOSKOWITZ<br>UNITED STATES DISTRICT JUDGE<br>(Courtroom 15) |

Case No. 3:07-cv-02278-BTM-CAB

# DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for Defendant Helen of Troy Limited (a Barbados company), hereby certifies that the Defendant is a wholly-owned subsidiary of Helen of Troy Limited (a Bermuda company), and that Helen of Troy Limited (a Bermuda company), a publicly-held corporation, owns at least ten percent (10%) of Defendant Helen of Troy Limited's (a Barbados company) stock.

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for Defendant OXO International, Ltd., hereby certifies that the Defendant is a wholly-owned subsidiary of Helen of Troy Nevada Corporation (General Partner) and HOT Nevada, Inc. (Limited Partner), and that there is no publicly-held corporation that owns ten percent (10%) or more of OXO International's stock.

Dated: January 7, 2008

Respectfully submitted,

**SEYFARTH SHAW LLP**
CHRISTOPHER C. LARKIN
ERIK B. VON ZEIPEL

s/Erik B. von Zeipel
Attorney for Defendants HELEN OF TROY and OXO INTERNATIONAL LTD.
E-mail: evonzeipel@seyfarth.com