1  CHRISTOPHER C. LARKIN (State Bar No. 119950)
        *(e-mail:  clarkin@seyfarth.com)*
2  ERIK B. VON ZEIPEL (State Bar No. 223956)
        *(e-mail:  evonzeipel@seyfarth.com)*
3  **SEYFARTH SHAW LLP**
   2029 Century Park East, Suite 3300
4  Los Angeles, California 90067-3063
   Telephone:    (310) 277-7200
5  Facsimile:    (310) 201-5219

6  Attorneys for Defendants
   HELEN OF TROY and
7  OXO INTERNATIONAL LTD.

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  JENS ERIK SORENSEN                    )  **Case No. 3:07-cv-02278-BTM CAB**
       as Trustee of Sorensen Research and )
12   Development Trust                      )  **CONFIRMATION OF ELECTRONIC**
                                           )  **SERVICE**
13              Plaintiff,                 )
                                           )  **THE HONORABLE BARRY TED MOSKOWITZ**
14   vs.                                   )  UNITED STATES DISTRICT JUDGE
                                           )  (Courtroom 15)
15  HELEN OF TROY and                      )
    OXO INTERNATIONAL LTD.                 )
16                                         )
              Defendants.                  )
17                                         )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20                                         )
                                           )
21                                         )
                                           )
22                                         )
                                           )
23                                         )
                                           )
24                                         )
                                           )
25                                         )
                                           )
26                                         )
                                           )
27                                         )

28

                                              **Case No. 07 CV 0660 J (RBB)**

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )  ss
COUNTY OF LOS ANGELES        )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063.  On January 7, 2008, I served the within document:

**Notice of Party With Financial Interest (Local Civil Rule 40.2)**

| | |
|---|---|
| ☐ | I sent such document from facsimile machine (310) 201-5219 on _____, 2007.  I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt.  I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below. |
| ☒ | **Electronically by using the Court's ECF/CM System** |

**James Mihael Kaler -- Michael@kalerlaw.com, funlawguy@yahoo.com**

**Melody A Kramer – mak@kramerlawip.com; esbjork@gmail.com**

**Erik B. von Zeipel – evonzeipel@seyfarth.com**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on January 8, 2008, at Los Angeles, California.

_____
Susan Zuiker-Lewis

Case No. 3:07-cv-02278-BTM-CAB