1  J. MICHAEL KALER, SBN 158296
2  KALER LAW OFFICES
3  9930 Mesa Rim Road, Suite 200
4  San Diego, California 92121
   Telephone (858) 362-3151

5  MELODY A. KRAMER, SBN 169984
6  KRAMER LAW OFFICE, INC.
7  9930 Mesa Rim Road, Suite 1600
8  San Diego, California 92121
   Telephone (858) 362-3150

9
10 Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
11 DEVELOPMENT TRUST

12
13
14                    UNITED STATES DISTRICT COURT
15                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 JENS ERIK SORENSEN, as Trustee of   ) Case No. 07 cv 2278 BTM CAB
17 SORENSEN RESEARCH AND               )
   DEVELOPMENT TRUST,                  )
18                                     )
19              Plaintiff              )
       v.                              )
20                                     ) **PROOF OF SERVICE**
21 HELEN OF TROY TEXAS                 )
   CORPORATION; OXO                    )
22 INTERNATIONAL LTD.;                 )
23 and DOES 1 – 100,                   )
                                       )
24              Defendants.            )
25                                     )

26
27     //
28     //

1  I, Melody A. Kramer, declare:  I am and was at the time of this service working within in the
2  County of San Diego, California.  I am over the age of 18 year and not a party to the within action.
3  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego,
4  California, 92121.

5  On January 24, 2008, I served the following documents:

## FIRST AMENDED NOTICE OF RELATED CASES

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Joseph R. Lanser, Esq.<br>Seyfarth Shaw LLP<br>55 East Monroe Street, Ste. 4200<br>Chicago, IL 60603 | Helen of Troy Ltd. | U.S. Mail |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☐ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☒ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

2.

Case No. 07cv2278

1  I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, January 24, 2008, in San Diego, California.

2

3

4

5  /s./ Melody A. Kramer
   _____
   Melody A. Kramer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.