**ORIGINAL**

℥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     California

JENS ERIK SORENSEN, as TRUSTEE OF SORENSEN
RESEARCH and DEVELOPMENT TRUST

V.

HELEN OF TROY TEXAS CORPORATION; OXO International
Ltd.; and DOES 1-100

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**'07 CV    2278 IEG   (...)**

TO: (Name and address of Defendant)

Helen of Troy Texas Corporation
Oxo International LTD
Gerald J. Rubin
One Helen of Troy Plaza
El Paso, TX 79912

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                    12/04/07

_____        DATE
CLERK

_____
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>December 10, 2007 |
| NAME OF SERVER (PRINT)<br>Melody A. Kramer | TITLE<br>Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Served by Certified Mail. Address where served: Gerald Rubin, One Helen of Troy Plaza, El Paso, TX 79912

## STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $7.13 | TOTAL $7.13 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 1, 2008
　　　　　　　Date

Signature of Server

9930 Mesa Rim Road, Suite 1600

San Diego, CA 92121
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.<br>www.FormsWorkflow.com