**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: OXO INTL, INC. and Helen of Troy Texas Corporation
Gerald J. Rubin
One Helen of Troy Plaza
El Paso, TX 79912

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: DEC 13 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0003 3011 8768

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

EL PASO TX 79912

| | | |
|---|---|---|
| Postage | $ | $2.33 | 0121 |
| Certified Fee | | $2.65 | |
| Return Reciept Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.13 | |

Postmark: SAN DIEGO CA 92121 DEC 10 2007 USPS

Sent To: OXO International Ltd. Helen of Troy
Gerald J. Rubin   TEXAS Corp
Street, Apt. No.; or PO Box No. One Helen of Troy Plaza
City, State, ZIP+4: El Paso, TX 79912

PS Form 3800, June 2002   See Reverse for Instructions

7003 3110 0003 3011 8768