1  J. MICHAEL KALER, SBN 158296
2  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
4  Telephone (858) 362-3151

5  MELODY A. KRAMER, SBN 169984
6  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
7  San Diego, California 92121
8  Telephone (858) 362-3150

9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
10 DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) Case No. 07-CV-02278-BTM-CAB |
|---|---|
| Plaintiff, | ) **DECLARATION OF MELODY A.** |
| v. | ) **KRAMER IN SUPPORT OF** |
| | ) **PLAINTIFF'S OPPOSITION TO** |
| | ) **DEFENDANT'S MOTION TO STAY** |
| | ) **PENDING OUTCOME OF** |
| HELEN OF TROY Texas Corporation; OXO International Ltd.; and DOES 1-100, | ) **REEXAMINATION PROCEEDINGS** |
| | ) Date: February 22, 2008 |
| | ) Time: 11:00 a.m. |
| Defendants. | ) Courtroom 15 – 5th Floor |
| | ) The Hon. Barry T. Moskowitz |
| | ) *NO ORAL ARGUMENT* |
| | ) *UNLESS REQUESTED BY THE COURT* |

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3. This Declaration is being submitted in conjunction with Plaintiff's Opposition to Defendant's Motion for Stay Pending Outcome of Reexamination Proceedings.

4. Prior to filing this case, I located publicly available records from the Texas Secretary of State's office identifying Defendant Helen of Troy Texas Corporation as an existing Texas corporation. A copy of the printout from the official website is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this Friday, February 08, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
Attorney for Plaintiff

1.

Case No. 07-CV-02278

**PROOF OF SERVICE**

I, J. Michael Kaler declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kaler Law Offices, 9930 Mesa Rim Road, Suite 200, San Diego, California, 92121. I am a member of the State Bar of California and the Bar of this Court.

On February 8, 2008, I served on the parties to this action the following documents:

**DECLARATION OF MELODY A. KRAMER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Erik B. Von Ziepel<br>Seyfarth Shaw LLP<br>2029 Century Park East, Suite 3300<br>Los Angeles, CA 90067<br>evonzeipel@seyfarth.com | Helen of Troy Texas Corporation; Oxo International Ltd. | Email--Pleadings Filed with the Court via CM/ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

1  I declare that the foregoing is true and correct, and that this declaration was executed on Friday, February 8, 2008, in San Diego, California.

2

3                                                              /s/ J. Michael Kaler
                                                        _____
4                                                              J. Michael Kaler

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 25383100 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | November 22, 1968 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17416180135 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | HELEN OF TROY TEXAS CORPORATION | | |
| **Address:** | 1 HELEN OF TROY PLAZA EL PASO, TX 79912 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| October 1, 2006 | GERALD J RUBIN | DIRECTOR | 1 HELEN OF TROY PLAZA EL PASO, TX 79912 USA |
| October 1, 2006 | GERALD J RUBIN | PRESIDENT | 1 HELEN OF TROY PLAZA EL PASO, TX 79912 USA |
| October 1, 2006 | THOMAS J BENSON | DIRECTOR | 1 HELEN OF TROY PLAZA EL PASO, TX 79912 USA |
| October 1, 2006 | THOMAS J BENSON | SENIOR VP | 1 HELEN OF TROY PLAZA EL PASO, TX 79912 USA |
| October 1, 2006 | VINCENT D CARSON | DIRECTOR | 1 HELEN OF TROY PLAZA EL PASO, TX 79912 USA |
| October 1, 2006 | VINCENT D CARSON | VICE PRESIDENT | 1 HELEN OF TROY PLAZA EL PASO, TX 79912 USA |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.