1 | J. MICHAEL KALER, SBN 158296
2 | KALER LAW OFFICES
3 | 9930 Mesa Rim Road, Suite 200
4 | San Diego, California 92121
5 | Telephone (858) 362-3151
6 | michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> HELEN OF TROY TEXAS CORPORATION; OXO INTERNATIONAL LTD.; and DOES 1 – 100, <br><br> Defendants. | Case No. 07cv02278 BTM CAB <br><br> **REQUEST FOR ENTRY OF DEFAULT PURSUANT TO *FED.R.CIV.P.* RULE 55(a) AGAINST DEFENDANTS HELEN OF TROY TEXAS CORPORATION AND OXO INTERNATIONAL LTD** |

//

//

TO THE CLERK:

PLAINTIFF Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("SRDT") hereby requests the clerk to enter DEFENDANTS HELEN OF TROY TEXAS CORPORATION ("HELEN OF TROY") and OXO INTERNATIONAL LTD ("OXO") default pursuant to Fed.R.Civ.P. Rule 55(a) and 55(b).

On December 10, 2007, Defendants HELEN OF TROY and OXO were served by certified mail pursuant to Fed.R.Civ.P. Rule 4 and *California Code of Civil Procedure* § 415.40. Pursuant to statute, the effective date of service when certified mail service is accomplished is 10 days after the date of mailing, or December 20, 2007.

Defendants HELEN OF TROY and OXO's responsive pleadings were due on or before January 9, 2008. No responsive pleading comporting with the requirements of Fed.R.Civ.P. Rule 12 was filed, thereby HELEN OF TROY and OXO in default.

WHEREFORE, Plaintiff requests the Clerk to (1) enter the default of Defendant Helen of Troy Texas Corporation; (2) enter the default of Oxo International Ltd.

DATED this Thursday, February 14, 2008.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> /s/ J. Michael Kaler
>
> ---
>
> Melody A. Kramer, Esq.
> J. Michael Kaler, Esq.
> Attorneys for Plaintiff