# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, <br><br> Plaintiff, <br><br> vs. <br><br> HELEN OF TROY AND OXO INTERNATIONAL, LTD, <br><br> Defendant. | CASE NO. 07CV2278 BTM <br><br> ORDER STAYING ENTRY OF DEFAULT |

On February 14, 2008, Plaintiff filed a request for clerk's entry of default. The Court stays resolution of this matter until Defendant's motion to stay pending reexamination of patent is resolved. The parties are ordered to appear before the Court at a status conference on February 25, 2008 at 3:30 p.m. Counsel may appear by telephone and counsel for defendants shall arrange the conference call.

IT IS SO ORDERED.

DATED: February 19, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge