CHRISTOPHER C. LARKIN (State Bar No. 119950)
   (e-mail: clarkin@seyfarth.com)
ERIK B. VON ZEIPEL (State Bar No. 223956)
   (e-mail: evonzeipel@seyfarth.com)
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
HELEN OF TROY and
OXO INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN as Trustee of Sorensen Research and Development Trust,<br><br>Plaintiff,<br><br>vs.<br><br>HELEN OF TROY and OXO INTERNATIONAL LTD.<br><br>Defendants. | Case No. 3:07-cv-02278-BTM (CAB)<br><br>**CERTIFICATE OF ELECTRONIC SERVICE RE: ANSWER TO COMPLAINT FOR PATENT INFRINGEMENT AND COUNTERCLAIMS**<br><br>THE HONORABLE BARRY TED MOSKOWITZ<br>UNITED STATES DISTRICT JUDGE<br>(Courtroom 15) |

Case No.2:07 CV 02278 (BTM) CAB

## Answers to Complaints

3:07-cv-02278-BTM-CAB Sorensen v. Helen of Troy Texas Corporation et al

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by von Zeipel, Erik on 4/25/2008 at 1:54 PM PDT and filed on 4/25/2008

**Case Name:** Sorensen v. Helen of Troy Texas Corporation et al
**Case Number:** 3:07-cv-2278
**Filer:** OXO International LTD
Helen of Troy
**Document Number:** 28

**Docket Text:**
*Defendants* ANSWER to [1] Complaint with Jury Demand, COUNTERCLAIM against Jens Erik Sorensen by Helen of Troy, OXO International LTD.(von Zeipel, Erik)

**3:07-cv-2278 Notice has been electronically mailed to:**

James Michael Kaler    michael@kalerlaw.com, funlawguy@yahoo.com

Melody A Kramer    mak@kramerlawip.com, esbjork@gmail.com

Erik B. von Zeipel    evonzeipel@seyfarth.com

**3:07-cv-2278 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/25/2008] [FileNumber=2560422-0
] [b41a069293700b7afc4df40b4bfcaf31d1c52cba3eaea65af8fd707bc7fc338cc5c
5c81f5636c5a2ceb45d26c331c798d1ec5d4595c4b012ca00a8c77bd8d2f5]]

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On April 25, 2008, I served the within document: **Answer to Complaint for Patent Infringement and Counterclaims**

| | |
|---|---|
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below. |
| ☒ | **Electronically by using the Court's ECF/CM System** |

James Michael Kaler – Michael@kalerlaw.com, funlawguy@yahoo.com

Melody A Kramer – mak@kramerlawip.com; esbjork@gmail.com

Erik B. von Zeipel – evonzeipel@seyfarth.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on April 25, 2008, at Los Angeles, California.

*Susan Zuiker-Lewis*

Case No. 3:07-cv-02278-BTM-CAB