# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>                       Plaintiff,<br>  vs.<br><br>BLACK & DECKER, ET. AL.,<br><br>                      Defendant. | CASE NO. 06CV1572 BTM (CAB)<br>NO. 07CV2121<br>NO. 07CV2277<br>NO. 07CV2278<br>NO. 07CV2321<br><br>ORDER DENYING MOTION TO CONSOLIDATE |

and related cases.
_____

    Given the stay pending patent reexamination issued in the above cases, the Court DENIES Plaintiff's motion to consolidate as premature.

IT IS SO ORDERED.

DATED:  May 5, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge

1

07CV2278