J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>               Plaintiff,<br>  v.<br><br>HELEN OF TROY Texas Corporation; OXO International Ltd.; and DOES 1-100,<br><br>               Defendants. | Case No. 07-CV-02278-BTM-CAB<br><br>**DECLARATION OF MELODY A. KRAMER IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**<br><br>Date: October 31, 2008<br>Time: 11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENTS UNLESS REQUESTED BY COURT* |

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3. This Declaration is being submitted in conjunction with **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

4. Plaintiff has already requested the relief sought in this motion from Defendants by stipulation, and has provided Defendant with a copy of relevant portions of the August 20, 2008 court transcript and resulting orders in those six related cases in which the Court ordered identical discovery. However, Defendant still refuses to stipulate.

5. Pre-litigation, Defendants' counsel advised Plaintiff's counsel that detailed manufacturing information required to respond to Plaintiff's infringement claims had to be obtained "from OXO's suppliers in Asia."

6. In a letter dated October 31, 2005, counsel for Defendants acknowledged the difficulty in getting process information from the foreign third party manufacturers. Additionally a number of the Accused Products are near the end of their life cycle, as stated by Defendants' counsel in a letter dated March 16, 2006.

7. These facts lead Plaintiff to believe that the Accused Products have ceased to be in production or will no longer be in production soon. As a result, the foreign manufacturer is not likely to, and has no obligation to maintain molds, design documents or correspondence. Every day that goes by without the production of this evidence increases the likelihood that the evidence will be lost or destroyed.

8. Defendant has not provided Plaintiff with identification of the manufacturers, importers, suppliers, or other non-parties who may have possession, custody, or control of relevant evidence to this case, specifically including prototype and productions molds and technical documents requested in the motion, thus there is no way to ensure preservation of evidence.

RESPECTFULLY SUBMITTED this Thursday, September 11, 2008.

        JENS ERIK SORENSEN, as Trustee of
        SORENSEN RESEARCH AND DEVELOPMENT
        TRUST, Plaintiff

        /s/ Melody A. Kramer

        Melody A. Kramer, Esq.
        Attorney for Plaintiff