MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HELEN OF TROY TEXAS CORPORATION; OXO INTERNATIONAL LTD.; and DOES 1 – 100,<br><br>Defendants.<br>______________________<br>and related counterclaims. | Case No. 07 CV 2278 BTM CAB<br><br>**JOINT STIPULATION FOR RESOLUTION OF PLAINTIFF'S MOTION FOR EXCEPTION TO STAY (DOCKET #35)**<br><br>Date: October 31, 2008<br>Time: 11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>NO ORAL ARGUMENTS UNLESS REQUESTED BY COURT |

Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust, and Defendants Helen Of Troy Texas Corporation; OXO International LTD by and through their respective counsel, hereby stipulate to a resolution of the pending Motion for Exception to Stay (Docket #35) set for hearing on October 31, 2008 on consistent terms with the ruling of this Court on August 20, 2008 in related cases[1] on similar motions as follows:

1. Plaintiff is granted leave to file an Amended Complaint adding Accused Products within 30 days of the Order approving this Stipulation. Defendant must respond to said Amended Complaint within 45 days after the stay is lifted.

2. All prototype and production molds used in the production of the Accused Products specifically identified within the Amended Complaint within the custody and control of the Defendants will be preserved.

3. All design and technical documents for the Accused Products specifically identified within the Amended Complaint within the control and custody of the Defendants will be preserved.

4. Plaintiff will propound (and Defendants will answer) one (1) interrogatory that seeks the identification of the company names and addresses of nonparty manufacturers, suppliers, and importers who may have prototype, production, design, technical documents or evidence regarding the Accused Products specifically identified in the Amended Complaint.

5. The parties agree to abide by and be bound by the terms of this Stipulation upon signature by their attorneys.

The parties have authorized electronic signatures for purposes of this Stipulated Resolution.

---

[1] *Sorensen v. CTT Tools*, Case No. 08cv231; *Sorensen v. Emerson Electric*, Case No. 08cv00060; *Sorensen v. Esseplast*, Case No. 07cv2277; *Sorensen v. Logitech*, Case No. 08cv308; *Sorensen v. Ryobi*, Case No. 08cv00070; *Sorensen v. Senco*, Case No. 08cv00071.

IT IS SO STIPULATED.

DATED this Friday, September 12, 2008.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer

J. Michael Kaler, Esq.
Melody A. Kramer, Esq.
Attorneys for Plaintiff

HELEN OF TROY TEXAS CORPORATION; OXO INTERNATIONAL LTD., Defendants

/s/

Attorney(s) for Defendants