1  J. MICHAEL KALER, SBN 158296
2  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
   Telephone (858) 362-3151
4

5  MELODY A. KRAMER, SBN 169984
6  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
7  San Diego, California 92121
   Telephone (858) 362-3150
8

9
   Attorneys for Plaintiff JENS ERIK SORENSEN,
10 as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
11

12

13
                  UNITED STATES DISTRICT COURT
14
          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16 JENS ERIK SORENSEN, as Trustee of    )  Case No. 07 CV 2278 BTM CAB
17 SORENSEN RESEARCH AND                 )
   DEVELOPMENT TRUST,                    )  **FOURTH AMENDED NOTICE OF**
18                                       )  **RELATED CASES**
                                         )
19                      Plaintiff,       )
        v.                               )
20                                       )
                                         )
21 HELEN OF TROY TEXAS                   )
   CORPORATION; OXO                      )
22 INTERNATIONAL LTD.;                   )
   and DOES 1 – 100,                     )
23                                       )
                                         )
24                      Defendants.      )
   _____)
25                                       )
   and related counterclaims.           )
26 _____)

27

28  //

Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives FOURTH AMENDED notice of cases related to the present case. Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"), whether pending, dismissed, or otherwise terminated:

## JUDGMENT ENTERED

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-5525-JSW, filed October 30, 2007 in the United States District Court for the Northern District of California. Judgment of $500,000.00 has been entered.

## PENDING – NOT STAYED

*Acco Brands USA LLC v. Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust,* Case No. 08cv1670 JAH JMA, filed September 12, 2008 in the USDC for the District of Southern California.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Conair Corporation,* Case No. 08cv1256, filed July 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Phillips Plastics Corp.,* Case No. C08-03094, filed June 26, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. A motion to transfer this case is pending. A request to relate this case to others in the Northern District was denied.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

*Trust v. Human Touch LLC, et al,* Case No. 08cv1080, filed June 18, 2008 in the United States District Court for the District of Southern California.    Plaintiff alleges infringement of the '184 patent by Defendants.    Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants.  A requested stay has already been denied and this case is proceeding towards trial.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB, filed January 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants.  A default judgment motion is pending.

*PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case No. 07-cv-04167-RBH, filed December 31, 2007 in the United States District Court for the District of South Carolina.  Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them, and also makes an unfair trade practices claim.  A Rule 12 motion for transfer for lack of personal jurisdiction is under submission.

*Big Lots Stores, Inc. v. Sorensen Research and Development Trust*, Case. No. 08cv00506, filed May 23, 2008 in the United States District Court for the Southern

Case No. 07cv2278

District of Ohio.  Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them.  No summons or complaint have been served, and this case will be the subject of a Rule 12 motion for transfer for lack of personal jurisdiction.

*Freshlink Product Development, L.L.C. v. Sorensen Research & Development Trust*, Case. No. 08cv05021, filed May 30, 2008 in the USDC for the Southern District of New York.  No summons or complaint have been served, and this case will be the subject of a Rule 12 motion for transfer for lack of personal jurisdiction.

*American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil Case No. 07-CV-00730-HHK, filed April 20, 2007, in the United States District Court for the District of Columbia.  No summons or complaint have been served, and this case will be the subject of a Rule 12 motion  for transfer for lack of personal jurisdiction.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. DMS Holdings, Inc., et al.,* Case No. 08cv559, filed March 25, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Alltrade Tools, LLC., et al.*, Case No. 08cv232, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

**PENDING - STAYED**

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Metabo Corporation, et al.*, Case No. 08cv304, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff

alleges infringement of the '184 patent by Defendants.    Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Star Asia, U.S.A., LLC, et al.*, Case No. 08cv307, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.    Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Kyocera International, Inc., et al.*, Case No. 08cv411, filed March 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.    Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Central Purchasing, LLC, et al.*, Case No. 08cv309, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.    Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Logitech, Inc., et al.*, Case No. 08cv308, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.    Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Rally Manufacturing, Inc., et al.*, Case No. 08cv302, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.    Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

Case No. 07cv2278

*Trust v. Sunbeam Products, Inc., et al.*, Case No. 08cv306, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. CTT Tools, Inc., et al.*, Case No. 08cv231, filed February 5, 2008 in the United States District Court for the  District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Global Machinery Company, et al.*, Case No. 08cv233, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emissive Energy Corp., et al.*, Case No. 08cv234, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Motorola, Inc., et al.,* Case No. 3:08-cv-0136 LAB RBB, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Sanyo North America Corporation, et al.,* Case No. 3:08-cv-0135 DMS POR, filed January 23, 2008 in the  United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.

Case No. 07cv2278

1    Assignment to the same district judge as other '184 patent cases in the district has
2    already occurred.
3        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
4    *Trust v. Informatics, inc., et al.,* Case No. 3:08-cv-0134-L NLS, filed January 23,
5    2008 in the United States District Court for the District of Southern California.
6    Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the
7    same district judge as other '184 patent cases in the district has already occurred.
8        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
9    *Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed
10   January 11, 2008 in the United States District Court for the District of Southern
11   California.  Plaintiff alleges infringement of the '184 patent by Defendants.
12   Assignment to the same district judge as other '184 patent cases in the district has
13   already occurred.
14       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
15   *Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11,
16   2008 in the United States District Court for the District of Southern California.
17   Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the
18   same district judge as other '184 patent cases in the district has already occurred.
19       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
20   *Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed
21   January 10, 2008 in the United States District Court for the District of Southern
22   California.  Plaintiff alleges infringement of the '184 patent by Defendants.
23   Assignment to the same district judge as other '184 patent cases in the district has
24   already occurred.
25       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
26   *Trust v. Energizer Holdings, Inc., et al,* Case No. 3:07-CV-2321-BTM-CAB, filed
27   December 11, 2007 in the United States District Court for the Southern District of
28   California.    Plaintiff alleges infringement of the '184 patent by Defendants.

Case No. 07cv2278

1    Assignment to the same district judge as other '184 patent cases in the  district has
2    already occurred.

3         *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
4    *Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed
5    November 6, 2007 in the United States District Court for the Southern District of
6    California.    Plaintiff alleges infringement of the '184 patent by Defendants.
7    Assignment to the same district judge as other '184 patent cases in the district has
8    already occurred.

9         *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*
10   *Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December
11   4, 2007 in this District.    Plaintiff alleges infringement of the '184 patent by
12   Defendants.  Assignment to the same district judge as other '184 patent cases in the
13   district has already occurred.

14        *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*
15   *Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed
16   December 4, 2007 in this District.  Plaintiff alleges infringement of the '184 patent
17   by Defendants.  Assignment to the same district judge as other '184 patent cases in
18   the district has already occurred.

19        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
20   *Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-5568-JSW, filed
21   November 1, 2007 in the United States District Court for the Northern District of
22   California. Plaintiff alleges infringement of the '184 patent by Defendants.   The
23   Northern District has already reviewed whether this case was related to other '184
24   patent cases in the Northern District and found it was not.

25        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
26   *Trust v. The Black & Decker Corporation, et al,*  Civil Case No.: 3:06-CV-1572-
27   BTM-CAB, filed August 7, 2006, in the United States District Court for the Southern
28   District of California.    Plaintiff alleges infringement of the '184 patent by

Case No. 07cv2278

Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

### SETTLED AND DISMISSED

*Jens Erik Sorensen as Trustee of the Sorensen Research And Development Trust v.  Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B MLS, filed September 18, 2006 in the Southern District of California. The action was settled by the parties, and dismissed.

*Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v.  Head USA Inc.*  Civil Case No.:  06CV1434BTN  CAB, filed July 2006 in the Federal District for the Southern District of California.  The action was settled by the parties, and dismissed.

*Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research And Development Trust), and Sorensen Research And Development Trust.*  Docket No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The matter was transferred and consolidated with the *Sorensen Research And Development Trust v.  Head USA Inc.* action filed in the Southern District of California, Civil Case No.:  06CV1434BTM  CAB. The action was later settled by the parties, and dismissed.

*Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen Research and Development Trust.*  Docket No. 1:06-cv-91-JM filed March 8, 2006 in the Federal District of New Hampshire. The matter was transferred and consolidated with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v.  Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B MLS, filed in the Southern District of California.  The action was later settled by the parties.

*Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA,*

9.

*LLC.*    Civil No.    03-1763 (HAA) filed in the United States District Court for Northern California and transferred to the United States District Court for New Jersey.  This matter has been settled and dismissed.

*In the Matter of Certain Automobile Tail Light Lenses And Products Incorporating Same.*    Investigation No. 337-TA-502 filed in the United States International Trade Commission.  The matter was remanded after appeal to the Federal Circuit Court of Appeals, then settled and dismissed.

*Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.*  Case No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District of California.  The matter was settled and dismissed.

*Sorensen et al v. International Trade Commission et al.*, 427 F.3d 1375 (Fed. Cir. 2005).  After the Federal Circuit ruled in patentee's favor, the parties settled and dismissed.

## DISMISSED

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07-CV-02690, filed May 11, 2007, in the United States District Court for the Northern District of Illinois.  This case has been dismissed.  Sorensen filed against DMS Holdings in the United States District Court for Southern California (see above).

*Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.* Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western District of North Carolina.  The matter was never served and was dismissed.

*Digital Innovations LLC v. Sorensen Research and Development Trust.*  Case No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern District of Illinois. The matter was never served and was dismissed.

*Big Lots v. Sorensen Research and Development Trust.*  Case No. 2:06-cv-

1089, filed December 29, 2006 in the Federal Court for the Southern District of Ohio. The matter was never served and was dismissed.

*Bon-Aire v. Sorensen Research and Development Trust.* Case No. 07-cv-054-S, filed January 2007 in the Federal Court for the District of Idaho. The matter was never served and was dismissed.

*Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development Trust.* CIV. NO. CV106-160 in the Federal Court for the Southern District of Georgia on October 30, 2006. The matter was never served and was dismissed.

DATED this Tuesday, September 16, 2008.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
>
> /s/ Melody A. Kramer
> _____
> Melody A. Kramer, Esq.
> J. Michael Kaler, Esq.
> Attorneys for Plaintiff

Case No. 07cv2278

1

## PROOF OF SERVICE

2      I, Melody A. Kramer, declare:  I am and was at the time of this service working within in

3  the County of San Diego, California.  I am over the age of 18 year and not a party to the within

4  action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600,

5  San Diego, California, 92121.

6      On Tuesday, September 16, 2008, I served the following documents:

7

## FOURTH AMENDED NOTICE OF RELATED CASES

8

9
10

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Erik B. Von Ziepel<br>Seyfarth Shaw LLP<br>2029 Century Park East, Suite 3300<br>Los Angeles, CA 90067<br>evonzeipel@seyfarth.com | Helen of Troy Texas Corporation; Oxo International Ltd. | Email--Pleadings Filed with the Court via CM/ECF |

11
12
13

14

15      ☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by
16          facsimile machine to the above noted addressees.  The facsimile transmissions were
            reported as complete and without error.

17      ☐ (Email) I emailed a true copy of the foregoing documents to an email address
18          represented to be the correct email address for the above noted addressee.

19      ☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed
20          this document via the CM/ECF system for the United States District Court for the
            Southern District of California.

21      ☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address
22          represented to be the correct mail address for the above noted addressee.

23      I declare that the foregoing is true and correct, and that this declaration was executed on

24  Tuesday, September 16, 2008, in San Diego, California.

25

26

27
                              /s/ Melody A. Kramer
28                            Melody A. Kramer

Case No. 07cv2278