1  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE, INC.
2  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
3  Telephone (858) 362-3150

4
   J. MICHAEL KALER, SBN 158296
5  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
6  San Diego, California 92121
   Telephone (858) 362-3151
7

8  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
9  DEVELOPMENT TRUST

10 CHRISTOPHER C. LARKIN, SBN 119950
   ERIK B. VON ZEIPEL, SBN 223956
11 SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3300
12 Los Angeles, California 90067-3063
   Telephone (310) 277-7200
13

14 Attorneys for Defendants HELEN OF TROY and
   OXO INTERNATIONAL LTD.
15

16                    UNITED STATES DISTRICT COURT

17              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

18

19 JENS ERIK SORENSEN, as Trustee of      ) Case No. 07 CV 2278 BTM CAB
   SORENSEN RESEARCH AND                  )
20 DEVELOPMENT TRUST,                     ) **CORRECTED**
                                          ) **JOINT STIPULATION FOR RESOLUTION**
21                          Plaintiff,    ) **OF PLAINTIFF'S MOTION FOR**
         v.                               ) **EXCEPTION TO STAY (DOCKET #35)**
22 HELEN OF TROY TEXAS CORPORATION;       )
   OXO INTERNATIONAL LTD.;                )
23 and DOES 1 – 100,                      ) Date:  October 31, 2008
                                          ) Time:  11:00 a.m.
24                          Defendants.   ) Courtroom 15 – 5th Floor
                                          ) The Hon. Barry T. Moskowitz
25 _____ )
                                          )
26 and related counterclaims.             ) NO ORAL ARGUMENTS UNLESS
                                          ) REQUESTED BY COURT
27 _____ )
                                          )
28

1    Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and

2  Development Trust, and Defendants Helen Of Troy Texas Corporation; OXO

3  International LTD by and through their respective counsel, hereby stipulate to a

4  resolution of the pending Motion for Exception to Stay (Docket #35) set for hearing

5  on October 31, 2008 on consistent terms with the ruling of this Court on August 20,

6  2008 in related cases[1] on similar motions as follows:

7    1.    Plaintiff is granted leave to file an Amended Complaint adding Accused

8  Products within 30 days of the Order approving this Stipulation. Defendant must

9  respond to said Amended Complaint within 45 days after the stay is lifted.

10    2.    All prototype and production molds used in the production of the

11  Accused Products specifically identified within the Amended Complaint within the

12  custody and control of the Defendants will be preserved.

13    3.    All design and technical documents for the Accused Products

14  specifically identified within the Amended Complaint within the control and custody

15  of the Defendants will be preserved.

16    4.    Plaintiff will propound (and Defendants will answer) one (1)

17  interrogatory that seeks the identification of the company names and addresses of

18  nonparty manufacturers, suppliers, and importers who may have prototype,

19  production, design, technical documents or evidence regarding the Accused Products

20  specifically identified in the Amended Complaint.

21    5.    The parties agree to abide by and be bound by the terms of this

22  Stipulation upon signature by their attorneys.

23    The parties have authorized electronic signatures for purposes of this

24  Stipulated Resolution.

25

26

27    [1] *Sorensen v. CTT Tools*, Case No. 08cv231; *Sorensen v. Emerson Electric*, Case No. 08cv00060; *Sorensen v. Esseplast*, Case No. 07cv2277; *Sorensen v. Logitech*, Case No. 08cv308; *Sorensen v. Ryobi*, Case No. 08cv00070; *Sorensen v. Senco*, Case No. 08cv00071.

28

1    IT IS SO STIPULATED.

2

3    DATED this Thursday, September 18, 2008.

4                                    JENS ERIK SORENSEN, as Trustee of
                                     SORENSEN RESEARCH AND DEVELOPMENT
5                                    TRUST, Plaintiff

6
                                     /s/ Melody A. Kramer
7                                    _____
                                     J. Michael Kaler, Esq.
8                                    Melody A. Kramer, Esq.
                                     Attorneys for Plaintiff
9

10                                   HELEN OF TROY TEXAS CORPORATION;
                                     OXO INTERNATIONAL LTD., Defendants
11

12                                   /s/ Erik B. Von Zeipel

13                                   _____

14                                   Erik B. Von Zeipel, Esq.
                                     Cristopher C. Larkin, Esq.
15                                   Attorney(s) for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                          Case No. 07cv2278
                               3.