MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

Attorney for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

BRETON A. BOCCHIERI
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
bbocchieri@seyfarth.com

Attorney for Defendants HELEN OF TROY TEXAS
CORPORATION; OXO INTERNATIONAL LTD

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>            Plaintiff,<br>   v.<br><br>HELEN OF TROY TEXAS CORPORATION; OXO INTERNATIONAL LTD.; and DOES 1 – 100,<br><br>            Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 07cv2278 BTM CAB<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") and Defendants Helen of Troy Texas Corporation and OXO International Ltd. ("Defendants") have resolved this matter on confidential terms and hereby stipulate to dismissal of the above-captioned case as follows:

Plaintiff and Defendants mutually dismiss all claims and counterclaims against each other with prejudice.

Plaintiff and Defendants shall bear their own costs and attorney fees.

Plaintiff and Defendants consent to continuing jurisdiction of Magistrate Judge Cathy Ann Bencivengo (or successor Magistrate) of the United States District Court for the Southern District of California for purposes of enforcing the terms of this settlement.

DATED this Monday, January 17, 2011.

I, Melody Kramer, attest that concurrence in the filing of the document has been obtained from each of the signatories below, which shall serve in lieu of their signatures on the document.

        JENS ERIK SORENSEN, as Trustee of
        SORENSEN RESEARCH AND DEVELOPMENT
        TRUST, Plaintiff

        /s/ Melody A. Kramer
        Melody A. Kramer, Esq.
        Attorney for Plaintiff

1
2     HELEN OF TROY TEXAS CORPORATION;
      OXO INTERNATIONAL LTD, Defendants
3
4     /s/ Breton Bocchieri
      _____
5     Breton Bocchieri, Esq.
      Attorney for Defendant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.

Case No. 07cv2278  BTM CAB

PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Monday, January 17, 2011, I served the following documents:

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Breton A. Bocchieri<br>Erik B. Von Ziepel<br>Christopher Larkin<br>Seyfarth Shaw LLP<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067<br>bbocchieri@seyfarth.com<br>evonzeipel@seyfarth.com<br>clarkin@seyfarth.com | Helen of Troy Texas Corporation; Oxo International Ltd. | Email--Pleadings Filed with the Court via CM/ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

1  ☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

2

3    I declare that the foregoing is true and correct, and that this declaration was executed on

4  Monday, January 17, 2011, in San Diego, California.

7           /s/ Melody A. Kramer
8           Melody A. Kramer

5.

Case No. 07cv2278  BTM CAB